FILED
07 DEC -5 PM 3:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: g DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'07 CR 3278 JM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PATRICIA MARIE CHAIDEZ (1),<br>YOLANDA ROJAS NEWLAND (2),<br>Defendants. | ) | Criminal Case No. ____________<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about November 18, 2007, within the Southern District of California, defendants PATRICIA MARIE CHAIDEZ and YOLANDA ROJAS NEWLAND did knowingly and intentionally import 5 kilograms and more, to wit: approximately 48.10 kilograms (108.52 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

//

CPH:fer:Imperial
11/30/07

Count 2

On or about November 18, 2007, within the Southern District of California, defendants PATRICIA MARIE CHAIDEZ and YOLANDA ROJAS NEWLAND did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 48.10 kilograms (108.52 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: December 5, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CAROLINE P. HAN
Assistant U.S. Attorney