**FRANCISCO J. SANCHEZ, JR.**
Attorney at Law
California State Bar No. 220284
550 West C Street, Ste. 1670
San Diego, CA 92101
Telephone: (619) 232-8000
Facsimile: (619) 237-8898

Attorney for Defendant Yolanda Rojas Newland

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>YOLANDA ROJAS NEWLAND (2),<br>Defendant. | Case No.: 07 CR 3278-JM<br>**NOTICE OF MOTION AND MOTION FOR JOINDER**<br>Date: February 15, 2008<br>Time: 11:00 a.m.<br>Judge: Jeffrey T. Miller |

TO: KAREN HEWITT, UNITED STATES ATTORNEY and

CHRISTOPHER OTT, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on the day and at the time and place indicated above, Defendant YOLANDA ROJAS NEWLAND, by and through his attorney, will request to join in the motions listed below.

**MOTION FOR JOINDER**

The defendant, by and through her attorney, Francisco J. Sanchez, Jr., hereby moves this court to join in the following motions filed by the co-defendant, Patricia Marie Chaidez:

1. Notice of Motion and Motion to Request Discovery and Disclosure; and For Leave to File Further Motions, filed by Patricia Marie Chaidez (Docket # 10) Filed on December 21, 2007.

This joinder motion is based upon the instant motion, the Notice of Motion, the noted motions and the respective Statement of Facts and Memorandum of Points and Authorities, the file and records in the above entitled case, and all matters that may be brought to this Court's attention prior to or during the hearing on these motions.

Dated: January 14, 2008

Sincerely

/s/ Francisco J. Sanchez, Jr.
Francisco J. Sanchez, Jr.
Attorney for
YOLANDA ROJAS NEWLAND