Francisco J. Sanchez, Jr., Calif. Bar No. 220284
LAW OFFICE OF FRANCISCO J. SANCHEZ, JR.
550 West C Street, Suite 1670
San Diego, CA 92101
Telephone: (619) 232-8000
Facsimile: (619) 237-8898

Attorney for Defendant
YOLANDA ROJAS NEWLAND

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>YOLANDA ROJAS NEWLAND (2),<br><br>Defendant | CASE NO. 07 CR 3278-JM<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant, YOLANDA ROJAS NEWLAND, certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing motion has been electronically served this day upon:

CHRISTOPHER OTT
U.S. Attorney's Office
880 Front Street
San Diego, CA 92101

Dated: January 14, 2008

/s/ Francisco J. Sanchez, Jr.
FRANCISCO J. SANCHEZ, JR.
550 West C Street, Suite 1670
San Diego, CA 92101