UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr3278 JM |
| Plaintiff, | ) ) | |
| v. | ) ) | Order Granting Joint Motion to Continue Sentencing [Docket No. 45] |
| YOLANDA ROJAS-NEWLAND(2) | ) ) | |
| Defendants. | ) ) | |

Upon the Joint Motion of the parties and for good cause being shown, the Sentencing Hearing in the above entitled action, currently scheduled on November 10, 2008, is hereby continued to *December 12, 2008 at 9:00 a.m.* in Courtroom 16.

IT IS SO ORDERED.

DATED: November 6, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge