# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>YOLANDA ROJAS NEWLAND,<br><br>　　　　　Defendant. | Case No.: 07 CR 3278-JM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING**<br>**(Docket No. 47)** |

Upon the joint motion of the parties (Docket No. 47) and for good cause shown, the Sentencing Hearing currently scheduled before Judge Miller on December 12, 2008 is hereby continued to *January 22, 2009 at 9:00 a.m.*

IT IS SO ORDERED

DATED: December 11, 2008

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

- 1 -